**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No.: 1:24-cv-20758-DPG**

ADT LLC; and The ADT Security
Corporation,

      Plaintiffs,

v.

Skyline Security Management, Inc.; Edwin
Arroyave; Matthew Haynes; Genaro Nuñez
Hernandez; Robert McGuiness; Juan Ramos;
Karen Romero; Nico VanSlyke;

      Defendants.

_____/

**STIPULATION TO WAIVE FORMAL SERVICE OF PROCESS AND SET CERTAIN**
**DEFENDANTS' TIME TO RESPOND TO COMPLAINT**

Plaintiffs ADT LLC and The ADT Security Corporation (collectively, "Plaintiffs") and

Defendants Skyline Security Management, Inc.; Edwin Arroyave; Matthew Haynes; Genaro

Nuñez Hernandez; and Nico VanSlyke (collectively, the "Defendants"), hereby stipulate, pursuant

to Rule 4 of the Federal Rules of Civil Procedure, to waive service of process for the Defendants,

and set the deadline for the Defendants to respond to Plaintiffs' complaint on April 19, 2024.

There is good cause for this stipulation. To avoid unnecessary expenses associated with

service and to avoid the expense and coordination associated with multiple response dates and

responsive pleadings, the Defendants have agreed to waive service of process pursuant to Rule

4(d)(3), and Plaintiffs have agreed that the deadline for the Defendants to respond to Plaintiffs'

complaint shall be April 19, 2024. This stipulation will streamline the Defendants' responsive

pleadings and save the parties from incurring unnecessary expenses. In sum, good cause exists to

waive formal service and set the response date by which the Defendants must respond to the complaint on April 19, 2024. A Proposed Order granting this stipulation is attached as **Exhibit A**.

IT IS SO STIPULATED.

Date: March 29, 2024

**SHOOK, HARDY, & BACON LLP**

By: *s/Jennifer A. McLoone*

Jennifer A. McLoone
Florida Bar No. 029234
jmcloone@shb.com
201 S. Biscayne Blvd., #3200
Miami, Florida 33131
Tel: (305) 358-5171
Fax: (305) 358-7470

-and-

Charles C. Eblen (*pro hac vice*)
ceblen@shb.com
Jason R. Scott (*pro hac vice*)
jscott@shb.com
2555 Grand Blvd.
Kansas City, Missouri 64108
Tel: (816) 474-6550
Fax: (816) 421-5547

-and-

Eric J. Hobbs (*pro hac vice*)
ehobbs@shb.com
1660 17th Street, Suite 450
Denver, Colorado 80202
Tel: (303) 285-5300
Fax: (303) 285-5301

-and-

Caroline M. Gieser (*pro hac vice*)
cgieser@shb.com
1230 Peachtree Street
Suite 1200

Respectfully submitted,

**SHUBIN LAW GROUP, P.A.**

*Counsel for Defendants Skyline Security
Management, Inc. and Edwin Arroyave*

46 S.W. First Street, Third Floor
Miami, Florida 33130
Tel.: (305) 381-6060
Fax: (305) 381-9457
jshubin@shubinlawgroup.com
kmaxwell@shubinlawgroup.com
bmitchel@shubinlawgroup.com
By: */s/ John K. Shubin*
    John K. Shubin, Esq.
    Fla. Bar No. 771899
    Katherine R. Maxwell, Esq.
    Fla. Bar No. 99869
    Benjamin A. Mitchel, Esq.
    Fla. Bar No. 1018918

By: */s/ Matthew Haynes*
    Matthew Haynes (electronic
    signature on consent), *pro se*

By: */s/ Genaro Nuñez Hernandez*
    Genaro Nuñez Hernandez (electronic
    signature on consent), *pro se*

Atlanta, Georgia 30309
Tel: (470) 867-6013
Fax: (470) 867-6001

*Counsel for Plaintiffs ADT LLC*                    By: /s/ *Nico VanSlyke*
*and The ADT Security Corporation*                         Nico VanSlyke (electronic signature
                                                           on consent), *pro se*


## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2024, I electronically filed the foregoing document with

the Clerk of the Court using CM/ECF.

                                    /s/ *John K. Shubin*
                                    John K. Shubin, Esq.

3